

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Ira G. Greenberg
+1 212 912 2756
*fax* +1 888 325 9157
igreenberg@edwardswildman.com

June 4, 2012

**VIA ECF**

Honorable Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re:* ***State Farm Mutual Automobile Insurance Company v. Superior Medical Rehab, P.C. and Sima Anand, M.D., Case No. 1:12-cv-02234-ARR-CLP***

Dear Judge Ross:

I am local counsel for plaintiff State Farm. Lead counsel practices in Minneapolis, Minnesota. We therefore request that they be allowed to appear at the pre-motion conference by telephone.

Respectfully,

Ira G. Greenberg

cc: Anthony J. Licatesi, Esq. (via email)

NYC 422110.1

BOSTON • CHICAGO • FT LAUDERDALE • HARTFORD • LONDON • LOS ANGELES • MADISON NJ • NEW YORK • NEWPORT BEACH
PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH • HONG KONG (associated office)