UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,                  No. 1:12-CV-02234 (ARR) (CLP)

    versus

SUPERIOR MEDICAL REHAB, P.C. and
SIMA ANAND, M.D.,

ORDER GRANTING
MOTION FOR PRO HAC VICE
ADMISSION

        Defendants.

----------------------------------------x

        The motion for admission to practice pro hac vice in this matter is granted. The admitted attorneys, Todd Noteboom and Monica Davies, are permitted to argue or try this case in whole or in part as counsel for plaintiff State Farm Mutual Automobile Insurance Company.

        This order becomes effective upon the Court's receipt of the required $25 fee for each of the admitted attorneys and confirms their appearance as counsel in the case. A notation of their admission pro hac vice in this case will be made on the roll of attorneys.

Dated: June 20, 2012

                                                              U.S.M.J.

cc:    Pro hac vice attorneys
        Court file