Case 1:12-cv-02234-ARR-CLP Document 12 Filed 06/25/12 Page 3 of 3 PageID #: 65

## INITIAL CONFERENCE QUESTIONNAIRE

1. Date of completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __7·31·12__

2. If additional interrogatories beyond the 25 permitted under the Federal Rules are needed, the maximum number of: plaintiff(s) ―― and defendant(s) ――

3. Maximum number of requests for admission by: plaintiff(s) __25__ and defendant(s) __25__

4. Number of depositions by plaintiff(s) of: parties __3__ non-parties __2 subject to Defendants' right to object__

5. Number of depositions by defendant(s) of: parties __unknown: TBD__ non-parties __based on discovery, subject to Plaintiff's right to object__

6. Time limits for depositions: __7 hrs. per deposition__

7. Date for completion of factual discovery: __2·28·13__

8. Number of expert witnesses of plaintiff(s): medical __2__ non-medical __0 (subject to rebuttal expert(s))__

   Date for expert report(s): __3·28·13__

9. Number of expert witnesses of defendant(s): medical __2__ non-medical __3__

   Date for expert report(s): __4·29·13__

10. Date for completion of expert discovery: __5·27·13__

11. Time for amendment of the pleadings by plaintiff(s) __1·25·13__ or by defendant(s) __1·25·13__

12. Number of proposed additional parties to be joined by plaintiff(s) __TBD__ and by defendant(s) __TBD__ and time for completion of joinder: __within 30 days of completion of depositions__

13. Types of contemplated dispositive motions: plaintiff(s): __Summary judgment__
    defendant(s) __Summary judgment__

14. Dates for filing contemplated dispositive motions: plaintiff(s): __6·28·13__
    defendant(s) __6·28·13__

15. Does any parties object to having this case included in the Court's Electronic Case Filing program: No objection __X__ Objection by plaintiff ____ defendant ____

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (Answer no if any parties declines to consent without indicating which parties has declined.) Yes ____ No __X__