

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Ira G. Greenberg
+1 212 912 2756
fax +1 888 325 9157
igreenberg@edwardswildman.com

October 15, 2012

**VIA ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    State Farm Ins. Co. v. Superior Med. Rehab, P.C.,
            No. CV 12-2234 (ARR) (CLP)

Dear Judge Pollak:

The parties jointly request the adjournment of status conference scheduled for tomorrow, October 16, at 10:30 a.m.  The parties are in agreement that it makes sense to allow more time to review the responses to written discovery and to confer to see whether discovery disputes can be resolved in order to get a better sense of where to go from here.  My guess is that about three to four weeks should suffice.

We apologize for the lateness of this request.  We ask that this letter be treated as a motion.

Thank you for your consideration.

Respectfully,

*[signature]*

Ira G. Greenberg

IGG
cc:    Anthony J. Licatesi, Esq. (via email)
        Chambers of Hon. Cheryl L. Pollak (via fax -- 718.613.2365)

AM 17501263.1